UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR0520-IEG |
| | CRIMINAL NO. 08MJ0404 |
| vs. | ORDER |
| Jose Luis Morales-Sevilla | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Armando Solis-Lopez

DATED: 2/26/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ______________ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95